Opinion issued January 14, 2020



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00598-CV

————————————

**TEXAS CONSTRUCTION SPECIALISTS, L.L.C., Appellant**

**V.**

**STACY GRAY, MARK HUMPHREYS, JASON LENTZ, AND
ROBERT WEINSTEIN, Appellees**

On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Case No. 16-CV-1259-A

## MEMORANDUM OPINION

Appellant, Texas Construction Specialists, L.L.C., has filed an unopposed motion to dismiss the appeal, representing that the parties have reached a settlement of the matter. We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Lloyd and Goodman.